AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  United States Attorney for District of Columbia

was received by me on *(date)*  3/25/2020  .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*  JAMES PAXTON  PARALEGAL , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  I delivered the summons, complaint, and attachments to the United States Attorney for the District of Columbia 501 Third Street NW, 4th Floor, Washington, DC 20001

My fees are $ _____ for travel and $ _____ for services, for a total of $  $45.58  .

I declare under penalty of perjury that this information is true.

Date:  3/25/2020

Wayne E. Allen
*Server's signature*

WAYNE E. ALLEN   DRIVER/COURIER
*Printed name and title*

11460 EDMONSTON ROAD SUITE "A" BELTVILLE, M
*Server's address*

dditional information regarding attempted service, etc: