CO 538
Rev. 5/2020

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Campaign Legal Center
  Plaintiff(s)

vs.                                        Civil Action No. 1:20-cv-809

Federal Election Commission
  Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this **27th** day of **May**, **2020**, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) **Federal Election Commission** was [were] (select one):

☑ personally served with process on **March 25, 2020**.

☐ served via registered or certified mail pursuant to provisions of Rule 4(C) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____.

☐ served via First Class Mail pursuant to provisions of Rule 4(C) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☐ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☑ no extension has been given and the time for filing has expired
☐ although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

/s/ Mark P. Gaber
Attorney for Plaintiff(s) [signature]
1101 14th Street NW
Suite 400
Washington, DC 20005
202-736-2202

988077
Bar Id. Number                              Name, Address and Telephone Number