Default - Rule 55A  (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

CAMPAIGN LEGAL CENTER

Plaintiff(s)

v.

FEDERAL ELECTION COMMISSION

Defendant(s)

Civil Action: 20-cv-00809-ABJ

**RE:** FEDERAL ELECTION COMMISSION

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 03/25/2020, and an affidavit on behalf of the plaintiff having been filed, it is this 28th day of May, 2020 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/Jackie Francis
Deputy Clerk