IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER,<br><br>        Plaintiff,<br><br>        v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>        Defendant. | Civil Action No. 1:20-cv-0809-ABJ |

**PLAINTIFF'S NOTICE REGARDING THE FEDERAL ELECTION COMMISSION'S QUORUM**

Plaintiff Campaign Legal Center ("CLC") hereby submits this notice in support of its Motion for Default, ECF 11.

1. As recounted in Plaintiff's Motion, Defendant Federal Election Commission (FEC) lost a quorum of Commissioners on September 1, 2019, rendering it unable to take action on enforcement matters, including the matter underlying the instant action. ECF 11 ¶¶ 13-14.

2. On May 19, 2020, the U.S. Senate confirmed the nomination of James E. Trainor III to be a member of the Federal Election Commission. *Id*. ¶ 15.

3. On June 5, 2020, Commissioner Trainor was sworn into office, restoring the quorum of Commissioners necessary to take action on enforcement actions and to defend lawsuits against the FEC. *See* FEC's Response to Order to Show Cause at 2-3, ECF No. 19, *Campaign Legal Center v. FEC*, No. 1:20-cv-00588-BAH (D.D.C. filed on July 20, 2020).

4. On June 26, 2020, then-Commissioner Caroline Hunter announced her resignation from the FEC, effective July 3. *See* FEC Press Release, Caroline C. Hunter to Depart Federal

Election Commission (June 26, 2020), https://www.fec.gov/updates/caroline-c-hunter-depart-federalelection-commission/. Commissioner Hunter's resignation deprived the FEC of its quorum once again, effective July 3.

5. Also on June 26, 2020, President Trump announced his intent to nominate Allen Dickerson to be a member of the FEC. *See* White House Press Release, President Trump Announces Intent to Nominate and Appoint Individuals to Key Administration Posts (June 26, 2020), https://www.whitehouse.gov/presidential-actions/president-donald-j-trump-announces-intent-nominate-appoint-individuals-key-administration-posts-43/.

6. It has been six weeks since Mr. Dickerson's nomination was announced, but his nomination has not yet been sent to the Senate. *See* Nominations, United States Senate, https://www.senate.gov/legislative/nominations_new.htm (search for "Allen Dickerson" returns one result from 1988).

7. The President's announcement of his intention to nominate Mr. Dickerson does not mean that Mr. Dickerson will be nominated or confirmed in the near future, as the last time President Trump announced his intent to nominate an FEC Commissioner, the time between that announcement and the Commissioner's confirmation was 978 days. *See* White House Press Release, President Trump Announces Intent to Nominate and Appoint Individuals to Key Administration Posts (September 12, 2017); *supra* ¶ 2.

8. To date, Plaintiff has received no indication that the Commission has taken any action with respect to the underlying complaint, MUR 7486.

Dated: August 11, 2020                                  Respectfully submitted,

                                                         /s/ Mark P .Gaber

Adav Noti (DC Bar No. 490714)
Mark P. Gaber (DC Bar No. 988077)
Molly E. Danahy (DC Bar No. 1643411)
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Ste. 400
Washington, DC 20005
(202) 736-2200
anoti@campaignlegal.org
mgaber@campaignlegal.org
mdanahy@campaignlegal.org