IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>Defendant. | Civil Action No. 1:20-cv-0809-ABJ |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff respectfully submits this notice of supplemental authority.

On October 14, 2020, Judge Royce C. Lamberth granted Campaign Legal Center's motion for default judgement in *Campaign Legal Center v. Federal Election Commission*, No. 1:20-cv-1778-RCL, ECF No. 14 (attached hereto as Exhibit 1). The court found that (1) the Federal Election Commission ("FEC") had failed to defend the action; (2) a default was properly entered against the FEC; and (3) the FEC's failure to act on the underlying administrative complaint was contrary to law. The court therefore entered a default judgment against the FEC and ordered it to conform with the law by acting on plaintiff's administrative complaint. The court also awarded costs to plaintiff and retained jurisdiction until the FEC takes final agency action. The court noted that because the FEC had a quorum during some of the pendency of the administrative complaint, and thus was statutorily capable of acting on it during that time, the court did not need to reach the issue of whether an agency has unlawfully withheld action when it lacks sufficient members to make up a quorum.

| | |
|---|---|
| Dated: October 16, 2020 | Respectfully submitted, |
| | /s/ Mark P. Gaber |
| | Adav Noti (DC Bar No. 490714) |
| | Mark P. Gaber (DC Bar No. 988077) |
| | Molly E. Danahy (DC Bar No. 1643411) |
| | CAMPAIGN LEGAL CENTER |
| | 1101 14th Street NW, Ste. 400 |
| | Washington, DC 20005 |
| | (202) 736-2200 |
| | anoti@campaignlegal.org |
| | mgaber@campaignlegal.org |
| | mdanahy@campaignlegal.org |