# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 22-5164**   **September Term, 2022**

**1:20-cv-00809-ABJ**

**Filed On: November 8, 2022** [1972747]

Campaign Legal Center,

    Appellee

  v.

Federal Election Commission,

    Appellee

45Committee, Inc.,

    Appellant

------------------------------

Consolidated with 22-5165

## M A N D A T E

    In accordance with the order of September 14, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                     BY:   /s/
                              Daniel J. Reidy
                              Deputy Clerk

Link to the order filed September 14, 2022